COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-128-CV

IN RE EDMOND HOYT POWELL RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that it does not have jurisdiction to consider relator’s complaint.  Accordingly, relator’s petition for writ of mandamus is dismissed for want of jurisdiction.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and MCCOY, JJ.

DELIVERED:  May 28, 2009

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.